UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDRE EZELL, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:02CV1656 RWS ) |
| MICHAEL BOWERSOX, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Andre Ezell for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that as Ezell has not made a substantial showing of a denial of a constitutional right this Court will not issue a certificate of appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2006.